| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>KEITH J. WESLEY, ESQ., Bar #229276<br>BROWNE GEORGE ROSS LLP<br>2121 AVENUE OF THE STARS<br>24TH FLOOR<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-274-7100   *FAX No:* 310-275-5697 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California, Western Division

*Plaintiff:* EVOX PRODUCTIONS, LLC, ETC.
*Defendant:* PACIFIC AUTO LEASING INC., ETC.; ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:15-CV-08407 MWF(FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Damages And Injunctive Relief; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice Of Electronic Filing Re Certification And Notice Of Interested Parties; Notice Of Electronic Filing, Re Summons; Notice Of Electronic Filing, Re Complaint; Civil Cover Sheet; Notice Of Electronic Filing, Re Civil Cover Sheet; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice Of Assignment To United States Judges; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Notice Of Electronic Filing, Re Report On The Filing Of An Action

3. a. Party served:    ENRIK BALISH, AN INDIVIDUAL
   b. Person served:   PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   6810 SAN FERNANDO ROAD
                                          GLENDALE, CA 91201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Nov. 02, 2015 (2) at: 3:05PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAMON ROBLES

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   3756
      (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Nov. 02, 2015

                                                                  (RAMON ROBLES)

Judicial Council Form                     PROOF OF SERVICE                     2840437 .keiwe.746704
Rule 2.150.(a)&(b) Rev January 1, 2007